JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| One World Regional Center, LLC; and LA Metropolis Hotel, LLC,<br><br>Plaintiff,<br><br>v.<br><br>United States Citizenship and Immigration Services, et al.,<br><br>Defendants. | Case. No. 2:25-cv-7512-AB-MAR<br><br>**[PROPOSED] ORDER APPROVING STIPULATION OF SETTLEMENT AND DISMISSING ACTION** |

The Parties' Stipulation of Settlement and Voluntary Dismissal is **APPROVED**. The Parties are **ORDERED** to comply with the terms of the Stipulation.

It is **FURTHER ORDERED** that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court retains jurisdiction to enforce the terms of the Parties' Stipulation of Settlement.

**IT IS SO ORDERED.**

Dated:  February 6, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1